# ALABAMA COURT OF CRIMINAL APPEALS



August 9, 2024

**CR-2023-0282**
Christopher Sandon Ramirez v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-20-35)

## NOTICE

You are hereby notified that on August 9, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk